# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  Case No. 05-C-877

APPROXIMATELY $2,435 IN
UNITED STATES CURRENCY,

        Defendant.

---

## ORDER

---

      Jason Frasher has filed a motion for a stay in this forfeiture proceeding, citing ongoing criminal proceedings in Outagamie County Circuit Court.  There has been no opposition to the motion.  Accordingly, the motion to stay is GRANTED, and this case is STAYED pending the outcome of the Outagamie County action.  This case is ordered to be administratively closed in the interim.

      **SO ORDERED** this 6th day of December, 2005.


                        s/ William C. Griesbach
                        William C. Griesbach
                        United States District Judge