UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 05-C-877

APPROXIMATELY $2,435 IN
UNITED STATES CURRENCY,

    Defendant.

**ORDER**

Ryan Lottmann has filed a motion for a stay in this forfeiture proceeding, citing ongoing criminal proceedings in Outagamie County Circuit Court. There has been no opposition to the motion. Accordingly, the motion to stay is GRANTED, and, as previously ordered, this case has been stayed pending the outcome of the Outagamie County action.

**SO ORDERED** this   7th   day of December, 2005.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge